# EXHIBIT 1

# FILED UNDER SEAL

EXHIBIT 1
- 8 -