JS-6

# United States District Court
# Central District of California

| | |
|---|---|
| TRAJKOVSKI INVEST AB, OPK HOLDING AB, LINDÉN INVENT AB, CAPMATE AKTIEBOLAG, CHRISTIAN ASK, CHRISTIAN MÅNSSON, GRANITOR INVEST AB, JIMMIE LANDERMAN, JOHAN KJELL, JUSSI AX, LMK FORWARD AB, LUSAM INVEST AB, MARTIN BENGTSSON, MIDROC FINANS AB, MUIRFIELD VENTURES AB, RÅSUNDA FÖRVALTNING AKTIEBOLAG, EXPASSUM HOLDING AB, | Case № 2:21-CV-04246-ODW (JEMx) **JUDGMENT** |
| Petitioners, | |
| v. | |
| I.AM.PLUS ELECTRONICS, INC., | |
| Respondent. | |

Pursuant to the Court's Order Granting Petitioners' Motion to Enforce Foreign Arbitral Award, it is therefore **ORDERED, ADJUDGED, and DECREED** as follows:

1. Respondent shall satisfy its debt as set forth in the June 12, 2020 arbitration award; and
2. Petitioners' Petition is dismissed on the merits and with prejudice.

**IT IS SO ORDERED.**

January 10, 2022

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**